**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Martinez Antwon BOWENS,**
**a/k/a Twon, a/k/a T–Money,**
**Defendant–Appellant.**

No. 03–6033.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2003.

Decided April 22, 2003.

Martinez Antwon Bowens, Appellant pro se. Michael Cornell Wallace, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Martinez Antwon Bowens seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Bowens has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*